

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00875-CR

The **STATE** of Texas,
Appellant

v.

Bryan Javier **RAMIREZ ALEJO**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13760CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order granting Bryan Javier Ramirez Alejo habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024

_____
Rebeca C. Martinez, Chief Justice